

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2014

No. 04-14-00029-CR

Kimberly Ann **RANGEL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-2315-CR
William Old, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court